# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL U.S. CURRENCY, FUNDS, and ) <br> OTHER MONETARY INSTRUMENTS, ) <br> TOTALING NO MORE THAN ) <br> $618,800.00 CREDITED TO BE SEIZED ) <br> FROM ACCOUNT XXXX-XX-1667 ) <br> HELD IN THE NAME OF TREVO LLC, ) <br> LOCATED AT WELLS FARGO, and ) <br> TREVO, LLC, ) <br> ) <br> Defendants. ) | Case No. CIV-16-827-M |

## ORDER

On November 14, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this *in rem* forfeiture action. The Magistrate Judge recommended that claimant/third-party plaintiff Ronald Scholten's Application to Proceed in District Court without Prepaying Fees or Costs be denied as moot since there is no filing fee associated with the documents the Court has received from Mr. Scholten as a claimant/third-party plaintiff. The parties were advised of their right to file an objection to the Report and Recommendation on or before November 28, 2016. A review of the file reveals that no objection has been filed.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 39] issued by the Magistrate Judge on November 14, 2016; and

(2) FINDS claimant/third-party plaintiff Ronald Scholten's Application to Proceed in District Court without Prepaying Fees or Costs [docket no. 25] is MOOT.

**IT IS SO ORDERED this 13th day of December, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE